316

to bring suit against him. There is no allegation that the plaintiff is interfering with his customers or business.

■ The allowance of the intervention brings the matter to the point where the rights of all parties can be determined in this suit, and the plaintiff is entitled to have a jury trial if he insists upon it.

The motion to strike the counterclaim is granted.

The motion to amend the complaint is granted.

The motion to strike the demand for jury trial is denied.

Gazan & Caldwell, of New York City, for plaintiff.

Burlingham, Veeder, Clark & Hupper, of New York City, for defendant.

COXE, District Judge.

When this deposition was taken, it was stipulated that the testimony might be taken by a stenographer, and that the stenographer's fees would be taxable. In view of this stipulation, I think that the defendant is entitled to tax the stenographic expense of taking the deposition regardless of whether the deposition was actually introduced in evidence or not.

The motion of the defendant to include in the bill of costs $48.75 for the stenographic expense of taking the deposition is granted.

## LIEBERT v. NETHERLANDS AMERICAN STEAM NAVIGATION CO.

District Court, S. D. New York.

Jan. 8, 1942.

